**DISMISS; and Opinion Filed December 3, 2013.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01159-CR

**VINCENT DEPAUL OATMAN, Appellant**
**V.**
**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 6**
**Dallas County, Texas**
**Trial Court Cause No. F13-54925-X**

## MEMORANDUM OPINION
Before Justices Francis, Lang-Miers, and Lewis
Opinion by Justice Lang-Miers

Vince Depaul Oatman pleaded guilty to burglary of a building and true to two enhancement paragraphs. Pursuant to a plea agreement, the trial court sentenced appellant to three years' imprisonment. Appellant waived his right to appeal as part of the plea agreement. *See Blanco v. State*, 18 S.W.3d 218, 219–20 (Tex. Crim. App. 2000). The trial court certified that appellant does not have the right to appeal. *See* TEX. R. APP. P. 25.2(d); *Dears v. State*, 154 S.W.3d 610 (Tex. Crim. App. 2005). We dismiss the appeal for want of jurisdiction.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131159F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

VINCENT DEPAUL OATMAN, Appellant

No. 05-13-01159-CR         V.

THE STATE OF TEXAS, Appellee

On Appeal from the Criminal District Court
No. 6, Dallas County, Texas
Trial Court Cause No. F13-54925-X.
Opinion delivered by Justice Lang-Miers,
Justices Francis and Lewis participating.

Based on the Court's opinion of this date, we **DISMISS** the appeal for want of jurisdiction.

Judgment entered this 3rd day of December, 2013.

/Elizabeth Lang-Miers/

ELIZABETH LANG-MIERS
JUSTICE